DECEMBER 10, 1993

No. 93–643. BESSEMER & LAKE ERIE RAILROAD *v.* REPUBLIC STEEL CORP. ET AL. C. A. 3d Cir. Certiorari dismissed as to Republic Steel Corp. and Jones & Laughlin Steel Corp. under this Court's Rule 46.1.

DECEMBER 13, 1993

No. ——–——. MILFORD ET AL. *v.* NISSAN MOTOR CORPORATION IN U. S. A. ET AL.; and

No. ——–——. FOSTER *v.* RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.